Mary Baron, Plaintiff-Appellant,
against
Tania Valentin, Defendant-Respondent.



Plaintiff appeals from a judgment of the Small Claims Part of the City of New York, Bronx County (Paul L. Alpert, J.), entered on or about March 23, 2017, after trial, in favor of defendant dismissing the action.




Per Curiam.
Judgment (Paul L. Alpert, J.), entered on or about March 23, 2017, reversed, without costs, and new trial ordered.
The trial court failed to comply with the specificity requirements of CPLR 4213(b) in rendering judgment in defendant's favor without setting forth its rationale or the facts essential to its determination. Inasmuch as this small claims action hinges in large measure upon issues of credibility raised by the parties' conflicting testimony, a remand for a new trial is the appropriate remedy (see Weckstein v Breitbart, 111 AD2d 6, 8 [1985]). 
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: November 26, 2018